**Amended Petition for Writ of Mandamus Denied and Memorandum Opinion filed December 15, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00832-CV

## IN RE DOCTORS PRACTICE MANAGEMENT, INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-47864**

## MEMORANDUM OPINION

On November 28, 2022, relator Doctors Practice Management, Inc. filed an a amended petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Rabeea Collier, presiding judge of the 113th District Court of Harris County, to: (1) vacate her September 28, 2021 order; (2) vacate her October 25, 2022 orders; (3) vacate her November 15, 2022 orders; and (4) sign an order protecting confidential information.

On November 14, 2022, this court advised relator that its petition was subject to dismissal for failure to comply with Rule 52 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 52.3(k)(1)(A), 52.7(a)(1), and 52.7(a)(2). Relator has cured the deficiencies in its petition.

After reviewing relator's amended petition, we conclude that relator has not established that it is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus and dismiss its motion to stay as moot.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.